# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22CV61210-SINGHAL

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**CRAFTY CRAB 2861 INC A FLORIDA PROFIT CORPORATION D/B/A CRAFTY CRAB**

MLS2022002994

For:
Gregory Sconzo*
Sconzo Law Office, P.A.
3825 PGA Boulevard
Suite 207
Palm Beach Gardens, FL 33410

Received by Mulberry Legal Services on the 28th day of June, 2022 at 10:30 am to be served on **CRAFTY CRAB 2861 INC BY SERVING ITS RA, MING LIN ZHANG, 2861 N FEDERAL HWY, FORT LAUDERDALE, FL 33306**.

I, April D. Lewis, do hereby affirm that on the **1st day of July, 2022** at **11:10 am, I:**

**CORPORATE EMPLOYEE:** Served the within named **Corporation, CRAFTY CRAB 2861 INC BY SERVING ITS RA, MING LIN ZHANG** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to **Jiaming Wang, Manager,** in the absence of the Registered Agent, President, Vice President, and all other officers, at the address of **2861 N. Federal Highway, Fort Lauderdale, FL 33306**, pursuant to F.S. 48.081(3) and informed said person of the contents thereof.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Asian, Height: 5' 8", Weight: 170, Hair: Black, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

*April D. Lewis*

**April D. Lewis**
1482

**Mulberry Legal Services**
**2101 Vista Parkway**
**Suite 103**
**West Palm Beach, FL 33411**
**(561) 624-0526**

Our Job Serial Number: MLS-2022002994
Ref: 00948

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2f